# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

FILED - KZ
August 17, 2012 4:44 PM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
bd / Scanned by bd 8/20/12

WILLIAM LACY

Plaintiff(s),

v

SILICON VALLEY FEDERAL EEOC VIOLATION CLASS ACTION (FEDERAL LAW COMPLIANCE)

Defendant(s).

Case No. 1:12-cv-867
Honorable Robert J. Jonker
U.S. District Judge

APPLE
MICROSOFT
GOOGLE
INTEL
ORACLE
FACEBOOK
NETFLIX
SONY
SAMSUNG
MOTOROLA

COMPLAINT:

SILICON VALLEY EEOC FEDERAL VIOLATION

COMPANIES HAVE NOT RELEASED THEIR EEOC REPORTS AS STATED BY FEDERAL LAW

INCOMPLETE EEOC REPORTS

FEDERAL LAW COMPLIANCE TO SURRENDER THEIR EEOC REPORTS TO U.S. FEDERAL COURT

SILICON VALLEY FEDERAL EEOC VIOLATION CLASS ACTION (FEDERAL LAW COMPLIANCE ACTION)

THE FOLLOWING COMPANIES ARE TO COMPLY WITH U.S. FEDERAL LAW, AND SURRENDER THEIR EEOC REPORT TO THE U.S. FEDERAL COURT.

DATE BEGINING 2008 TO PRESENT

APPLE
MICROSOFT
GOOGLE
INTEL
ORACLE
YAHOO
FACEBOOK
NETFLIX
SONY
SAMSUNG
MOTOROLA

1 PRIVATELY CONTROLLED "DIVERSITY-CERTIFICATION" BUSINESS CLUBS WHICH REQUIRE A FEE AND FORCED CERTIFICATION FOR DIVERSITY CONTRACTING AND/OR EMPLOYMENT — AND — DIVERSITY CONTRACTING/EMPLOYMENT SCHEMES FROM A COMPANY REQUIRING FORCED OR REQUESTED "CERTIFICATION" FROM A PUBLIC OR PRIVATE ENTITY.

SHOULD BE REMOVED FROM THE EEOC REPORT AS A NON-STANDARD EMPLOYMENT/CONTRACTING SCHEME UNDER U.S. EMPLOYMENT STANDARDS.

A REQUEST FOR A 3-MILLION DOLLAR A DAY FEDERAL FINE AFTER A SPECIFIED DATE AND GRACE PERIOD FOR NON-REPORTING TO THE U.S. FEDERAL COURT WITH A EEOC REPORT.

A REQUEST FOR A 2-MILLION DOLLAR A DAY FEDERAL FINE AFTER A SPECIFIED DATE AND GRACE PERIOD FOR INCOMPLETE EEOC REPORTS OR INFORMATION CRAFTED TO EVADE U.S. FEDERAL EMPLOYMENT LAWS, TAXES, AND SEC EMPLOYMENT REPORTS FOR INVESTORS.

A REQUEST FOR A 4-MILLION DOLLAR A DAY FEDERAL FINE AFTER 180 DAYS PAST A SPECIFIED DATE AND GRACE PERIOD FOR NON-REPORTING TO THE U.S. FEDERAL COURT WITH A _FULL_ AND _COMPLETE_ EEOC REPORT TO THE U.S. FEDERAL COURT.

THE U.S. FEDERAL COURT HAS THE RESPONSIBILITY TO "FORCE THE ISSUE", FOR FEDERAL LAW COMPLIANCE AND RENDER A FEDERAL FINE FOR NON-COMPLIANCE.

THE U.S. FEDERAL COURT HAS THE LEGAL RESPONSIBILITY TO SCRUTINIZE U.S. EMPLOYMENT AND CONTRACTING PRACTICES, ESPECIALLY WHEN COMPANIES HAVE-NOT SURRENDERED THEIR EEOC REPORT AS SPECIFIED BY FEDERAL LAW.

A DVD DATA DISC OF COMPANIES WITH INCOMPLETE OR EVADING INFORMATION ON THEIR EEOC REPORTS WILL BE PROVIDED AS AN EXTENSION BEYOND SILICON VALLEY COMPANIES FOR FEDERAL LAW COMPLIANCE.

COMPANIES SHOULD ONLY HAVE THE OPTION OF RELEASING AN "UNOFFICIAL" SUPPLIMENT TO THE EEOC REPORT ON SEPERATE PRINT AND MEDIA

ANY PRIVATE BUSINESS CLUB REGISTRATION AND FEES FOR A "CERTIFICATION" OF RACE OR DIVERSITY AND HIRING/CONTRACTING SCHEMES FROM COMPANIES SHOULD BE STRICKEN FROM EEOC RECORDS, WHICH ARE INTENDED FOR NON-DISCRIMINATORY STANDARD HIRING AND CONTRACTING STANDARDS UNDER U.S. LAWS.

2. THE EEOC REPORTS SHOULD SEPERATE

- SERVICE CONTRACTORS AND LOW SKILL JOBS
- MANUAL LABOR CONTRACTORS
- CLEANING, SECURITY, DELIVERY, FOOD

— WITH —

- VENTURE CAPITAL INVESTMENTS
- ADVERTISING AND MEDIA
- TECHNOLOGY CONTRACTING AND PURCHASING
- MANUFACTURING AND DIRECT TECHNICAL EMPLOYMENT
- CONSTRUCTION

FOR A CLEAR AND CONCISE REPRESENTATION OF EMPLOYMENT AND CONTRACTING UNDER U.S. FEDERAL EEOC REQUESTS.

William & Jay      1924 E MAIN
                   KALAMAZOO MI 49078    AUG-17-2012
                   269-382-6894